**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0364

Attorneys for Defendant, TARGET STORES, a Division of TARGET CORPORATION, erroneously served and sued herein as TARGET CORPORATION, a corporation

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LISA BADILLO, an individual; and MICHAEL BECKLEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. CV12-6281-GW(SHx)<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET STORES, A DIVISION OF TARGET CORPORATION** |

Pursuant to Rule 41(a)(1), and the Stipulation for Dismissal, the Court hereby dismisses the complaint, with prejudice.

IT IS SO ORDERED

DATED: March 14, 2013

_____
GEORGE H. WU, U.S. District Judge